```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
OLD REPUBLIC GENERAL INSURANCE                               :
COMPANY,                                                     :
                                    Plaintiff,   :   21 Civ. 10743 (LGS)
                                                             :
                  -against-                      :   ORDER
                                                             :
ASPEN SPECIALTY INSURANCE                                    :
COMPANY,                                                     :
                                    Defendant.   :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 17, 2022, required the parties to file a letter on July 14, 2022, stating what additional discovery is required and proposed dates for completion (Dkt. No. 20);

WHEREAS, the parties failed to submit the letter;

WHEREAS, on May 26, 2022, the parties filed a joint status letter stating that the parties expected to reach a settlement agreement and dismiss this matter within thirty days (Dkt. No. 22);

WHEREAS, the parties have since sought two extensions of time to finalize the settlement dismiss the case, and a status letter is currently due on July 19, 2022 (Dkt. Nos. 24-27).  It is hereby

**ORDERED** that the parties shall file the letter required by Dkt. No. 20 by **July 19, 2022**, if the action is not dismissed pursuant to a settlement agreement before then.

Dated: July 15, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE